[No. 21731-1-III.  Division Three.  March 11, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. CODY A. BOGGS, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 02-8-00426-8, Ted W. Small, J., entered December 13, 2002. *Affirmed* by unpublished opinion per Kato, A.C.J., concurred in by Sweeney and Schultheis, JJ.

[No. 21991-7-III.  Division Three.  March 11, 2004.]

TOOMAS EISLER, ET AL., *Appellants*, v. RAY T. PRINGLE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 02-2-00332-1, Donald W. Schacht, J., entered March 21, 2003. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kato, A.C.J., and Schultheis, J.

[No. 22121-1-III.  Division Three.  March 11, 2004.]

MONSON FRUIT COMPANY, INC., *Appellant*, v. MARSH ADVANTAGE AMERICA, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Yakima County, No. 01-2-01812-3, C. James Lust, J., entered May 9, 2003. *Reversed* by unpublished opinion per Schultheis, J., concurred in by Kato, A.C.J., and Sweeney, J.

[No. 49356-6-I.  Division One.  March 15, 2004.]

GAIUS KAZEN, ET AL., *Appellants*, v. BANKERS TRUST COMPANY OF CALIFORNIA, N.A., *as Trustee, Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 00-2-08511-5, Larry E. McKeeman, J., entered October 5, 2001. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Coleman and Appelwick, JJ.